

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2014

No. 04-14-00158-CR

Alejandro **RODRIGUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5834
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On July 31, 2014, Appellant has filed a pro se correspondence with this court requesting assistance with an appeal. Appellant states he was sentenced on January 16, 2014. We therefore consider Appellant's correspondence as a motion is seeking assistance in filing a post-conviction writ of habeas corpus. This court has "no jurisdiction over post-conviction writs of habeas corpus in felony cases." *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding); *accord* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2010). Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained and made returnable to the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07(b) (West Supp. 2010).

Appellant's motion is DENIED without prejudice to seeking relief in the proper court.

It is so **ORDERED** on the 4th day of August, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court